PER CURIAM.
AFFIRMED. State v. Johnson, 616 So.2d 1 (Fla.1993); London v. State, 623 So.2d 527 (Fla. 1st DCA 1993); Barber v. State, 564 So.2d 1169 (Fla. 1st DCA), rev. denied, 576 So.2d 284 (Fla.1990); Arnold v. State, 566 So.2d 37 (Fla. 2d DCA 1990), rev. denied, 576 So.2d 284 (Fla.1991); Pittman v. State, 570 So.2d 1045 (Fla. 1st DCA 1990), rev. denied, 581 So.2d 166 (Fla.1991).
ZEHMER, C.J., and JOANOS and WEBSTER, JJ., concur.